STEPHEN J. ERIGERO (SBN 11562)
stephen.erigero@rmkb.com
TIMOTHY J. LEPORE (SBN 13908)
timothy.lepore@rmkb.com
ROPERS MAJESKI KOHN & BENTLEY
3753 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
Telephone: (702) 954-8301
Facsimile: (213) 312-2001

ALLAN E. ANDERSON (*pro hace vice forthcoming*)
allan.anderson@arentfox.com
JAKE GILBERT (*pro hace vice forthcoming*)
jake.gilbert@arentfox.com
DANIELLE W. BULGER (*pro hace vice forthcoming*)
danielle.bulger@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KORTNEY OLSON,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES INC. AND WONDER NATION,<br><br>Defendants. | Case No. 2:20-cv-00152-GMN-NJK<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**(First Request)**<br><br>Complaint served: February 7, 2020<br>Current response date: February 28, 2020<br>New response date: March 30, 2020<br><br>Judge: Gloria M. Navarro<br>Magistrate Judge: Nancy J. Koppe |

According to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Walmart Inc., owner of the subsidiary that owns the trademark Wonder Nation ( "Defendant"), with Plaintiff's consent, respectively requests that

| | |
|---|---|
| 1 | the Court extend Defendant's time to respond to Plaintiff's Complaint. This is |
| 2 | Defendant's first request. |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

On January 22, 2020, Plaintiff filed a Complaint with the United States District Court for the District of Nevada. On February 7, 2020, Plaintiff caused copies of the Summons and Complaint to be delivered and served on Defendant. Defendant has until February 28, 2020 to answer, move to dismiss or strike, or otherwise respond to Plaintiff's Complaint.

Plaintiff, who originally filed her complaint pro se, has now retained counsel and has granted Defendant a 30-day extension of time from its original response date, pursuant to which Defendant shall have until March 30, 2020 to answer, move to dismiss or strike, or otherwise respond to Plaintiff's Complaint. Plaintiff's counsel is not yet admitted in Nevada, nor has he retained the services of local counsel in this jurisdiction.

Plaintiff's retention of counsel and the parties' interests in resolving this dispute serves as just cause for the filing of this request. Defendant reserves the right to file an answer, motion or dismiss or strike, or other responsive pleading prior to its March 30, 2020 deadline.

//
//
//

Therefore, Defendant respectfully moves this Court for an extension until and including **March 30, 2020** to answer, move to dismiss or strike, or otherwise respond to the Complaint filed in this matter.

Dated: February 28, 2020

**ROPERS MAJESKI KOHN & BENTLEY PC AND ARENT FOX LLP**

By: /s/ *Timothy J. Lepore*
STEPHEN J. ERIGERO (SBN 11562)
TIMOTHY J. LEPORE (SBN 13908)

ALLAN E. ANDERSON
JAKE GILBERT
DANIELLE W. BULGER

Attorneys for Defendant
WALMART INC.

**CERTIFICATE OF SERVICE**

In accordance with Rule 5(b) of the Federal Rules of Civil Procedure, and Local Rule IC 4-1(d), I hereby certify that on February 28, 2020, a copy of **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**, was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

/s/ *Timothy J. Lepore*

An employee of Ropers Majeski Kohn & Bentley, P.C.

| | |
|---|---|
| 1 | STEPHEN J. ERIGERO (SBN 11562) |
| | stephen.erigero@rmkb.com |
| 2 | TIMOTHY J. LEPORE (SBN 13908) |
| | timothy.lepore@rmkb.com |
| 3 | ROPERS MAJESKI KOHN & BENTLEY |
| | 3753 Howard Hughes Pkwy., Ste. 200 |
| 4 | Las Vegas, NV 89169 |
| | Telephone: (702) 954-8301 |
| 5 | Facsimile: (213) 312-2001 |
| 6 | ALLAN E. ANDERSON (*pro hace vice forthcoming*) |
| 7 | allan.anderson@arentfox.com |
| | JAKE GILBERT (*pro hace vice forthcoming*) |
| 8 | jake.gilbert@arentfox.com |
| | DANIELLE W. BULGER (*pro hace vice forthcoming*) |
| 9 | danielle.bulger@arentfox.com |
| 10 | **ARENT FOX LLP** |
| | 555 West Fifth Street, 48th Floor |
| 11 | Los Angeles, California 90013-1065 |
| | Telephone: 213.629.7400 |
| 12 | Facsimile: 213.629.7401 |
| 13 | Attorneys for Defendant |
| | WALMART INC. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KORTNEY OLSON, | Case No. 2:20-cv-00152-GMN-NJK |
| Plaintiff, | **ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| WALMART STORES INC. AND WONDER NATION, | Complaint served: February 7, 2020 |
| | Current response date: February 28, 2020 |
| | New response date: March 30, 2020 |
| Defendants. | Judge: Gloria M. Navarro |
| | Magistrate Judge: Nancy J. Koppe |

The Court, having reviewed Walmart Inc. ("Defendant")'s Unopposed Motion to Extend Time to Respond to Plaintiff Kortney Olson's Initial Complaint, and finding that just cause exists to extend Defendant's deadline to answer or otherwise respond to the Complaint, hereby orders as follows:

4849-1825-8870.2

AFDOCS/21763696.1

Defendant shall have to, and including, March 30, 2020 to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED**.

_____
Honorable Nancy J. Koppe
United States Magistrate Judge

Dated:   March 2, 2020

4849-1825-8870.2

AFDOCS/21763696.1