STEPHEN J. ERIGERO (SBN 11562)
stephen.erigero@rmkb.com
TIMOTHY J. LEPORE (SBN 13908)
timothy.lepore@rmkb.com
ROPERS MAJESKI KOHN & BENTLEY
3753 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
Telephone:     (702) 954-8301
Facsimile:     (213) 312-2001

ALLAN E. ANDERSON (*pro hac vice admission*)
allan.anderson@arentfox.com
JAKE GILBERT (*pro hac vice forthcoming*)
jake.gilbert@arentfox.com
DANIELLE W. BULGER (*pro hac vice forthcoming*)
danielle.bulger@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile:  213.629.7401

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KORTNEY OLSON,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES INC. AND WONDER NATION,<br><br>Defendants. | Case No. 2:20-cv-00152-GMN-NJK<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**(Second Request)**<br><br>Complaint served: February 7, 2020<br>Current response date: March 30, 2020<br>New response date: April 29, 2020<br><br>Judge: Gloria M. Navarro<br>Magistrate Judge: Nancy J. Koppe |

AFDOCS/21923650.1

According to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Walmart Inc., owner of the subsidiary that owns the trademark Wonder Nation ( "Defendant"), with Plaintiff's consent, respectively requests that the Court extend Defendant's time to respond to Plaintiff's Complaint. This is Defendant's second request.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On January 22, 2020, Plaintiff filed a Complaint with the United States District Court for the District of Nevada. On February 7, 2020, Plaintiff caused copies of the Summons and Complaint to be delivered and served on Defendant.

Plaintiff, who originally filed her complaint pro se, retained counsel and granted Defendant a 30-day extension of time from its original response date, which the Court granted, pursuant to which Defendant has until March 30, 2020 to answer, move to dismiss or strike, or otherwise respond to Plaintiff's Complaint.

Plaintiff and Defendant have been in settlement discussions, which are currently ongoing.

In an effort to continue the discussions, Plaintiff has granted Defendant an additional 30-day extension of time from its current responses date, pursuant to which Defendant shall have until April 29, 2020 to answer, move to dismiss or strike, or otherwise respond to Plaintiff's Complaint. Plaintiff's counsel is not yet admitted in Nevada, nor has he retained the services of local counsel in this jurisdiction.

The Parties' settlement negotiations and interests in resolving this dispute serve as just cause for the filing of this request. Defendant reserves the right to file an answer, motion or dismiss or strike, or other responsive pleading prior to its April 29, 2020 deadline.

//
//
//

Therefore, Defendant respectfully moves this Court for an extension until and including **April 29, 2020** to answer, move to dismiss or strike, or otherwise respond to the Complaint filed in this matter.

Dated: March 30, 2020

**ROPERS MAJESKI KOHN & BENTLEY PC AND ARENT FOX LLP**

By: /s/ *Allan E. Anderson*
STEPHEN J. ERIGERO (SBN 11562)
TIMOTHY J. LEPORE (SBN 13908)

ALLAN E. ANDERSON
JAKE GILBERT
DANIELLE W. BULGER

Attorneys for Defendant
WALMART INC.

IT IS SO ORDERED.
Dated: March 31, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

- 3 -