STEPHEN J. ERIGERO (SBN 11562)
stephen.erigero@rmkb.com
TIMOTHY J. LEPORE (SBN 13908)
timothy.lepore@rmkb.com
ROPERS MAJESKI KOHN & BENTLEY
3753 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
Telephone:      (702) 954-8301
Facsimile:      (213) 312-2001

ALLAN E. ANDERSON (*pro hac vice*)
allan.anderson@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile:  213.629.7401

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KORTNEY OLSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WALMART STORES INC. AND WONDER NATION,<br><br>　　　　　Defendants. | Case No.  2:20-cv-00152-GMN-NJK<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**(Fourth Request)**<br><br>Complaint served: February 7, 2020<br>Current response date: May 29, 2020<br>New response date: June 28, 2020<br><br>Judge: Gloria M. Navarro<br>Magistrate Judge: Nancy J. Koppe |

1    According to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Walmart Inc., owner of the subsidiary that owns the trademark Wonder Nation ( "Defendant"), with Plaintiff's consent, respectively requests that the Court extend Defendant's time to respond to Plaintiff's Complaint. This is Defendant's fourth and anticipated final request in view of the Parties' draft settlement agreement.

## MEMORANDUM OF POINTS AND AUTHORITIES

On January 22, 2020, Plaintiff filed a Complaint with the United States District Court for the District of Nevada. On February 7, 2020, Plaintiff caused copies of the Summons and Complaint to be delivered and served on Defendant.

Plaintiff, who originally filed her complaint pro se, retained counsel and granted Defendant multiple 30-day extensions of time, which the Court granted, pursuant to which Defendant had until May 29, 2020 to answer, move to dismiss or strike, or otherwise respond to Plaintiff's Complaint.

Plaintiff and Defendant have been in settlement discussions, which are currently ongoing.  The Parties have a draft settlement agreement.

In an effort to resolve this matter and continue their discussions, Plaintiff and Defendant have agreed to extend Defendant's response deadline by an additional 30-days from Defendant's current response date, pursuant to which Defendant shall have until June 28, 2020 to answer, move to dismiss or strike, or otherwise respond to Plaintiff's Complaint.  The Parties expect to finalize their draft settlement agreement over the next few weeks.  Plaintiff's counsel is not yet admitted in Nevada, nor has he retained the services of local counsel in this jurisdiction.

The Parties' settlement negotiations and interests in resolving this dispute serve as just cause for the filing of this request. Defendant reserves the right to file an answer, motion or dismiss or strike, or other responsive pleading prior to its June 28, 2020 deadline.

//

1  Therefore, Defendant respectfully moves this Court for an extension until
2  and including **June 28, 2020** to answer, move to dismiss or strike, or otherwise
3  respond to the Complaint filed in this matter.

Dated: May 28, 2020

**ROPERS MAJESKI KOHN & BENTLEY PC AND ARENT FOX LLP**

By: /s/ *Allan E. Anderson*
STEPHEN J. ERIGERO (SBN 11562)
TIMOTHY J. LEPORE (SBN 13908)

ALLAN E. ANDERSON

Attorneys for Defendant
WALMART INC.

1
2
3
4
5
6
7
8
9
10
11
12
13                    UNITED STATES DISTRICT COURT
14                         DISTRICT OF NEVADA
15
16  | KORTNEY OLSON,                         | Case No. 2:20-cv-00152-GMN-NJK
17  |         Plaintiff,                     | [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
18  | v.                                     |
19  | WALMART STORES INC. AND WONDER NATION, | Complaint served: February 7, 2020
20  |                                        | Current response date: May 29, 2020
    |         Defendants.                    | New response date: June 28, 2020
21  |                                        |
22  |                                        | Judge: Gloria M. Navarro
    |                                        | Magistrate Judge: Nancy J. Koppe
23
24
25
26
27
28

The Court, having reviewed Walmart Inc. ("Defendant")'s Unopposed Motion to Extend Time to Respond to Plaintiff Kortney Olson's Initial Complaint, and finding that just cause exists to extend Defendant's deadline to answer or otherwise respond to the Complaint, hereby orders as follows:

Defendant shall have to, and including, June 28, 2020 to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED**.

Honorable Nancy J. Koppe
United States Magistrate Judge

Dated: May 29, 2020

- 2 -