STEPHEN J. ERIGERO (SBN 11562)
stephen.erigero@rmkb.com
TIMOTHY J. LEPORE (SBN 13908)
timothy.lepore@rmkb.com
ROPERS MAJESKI KOHN & BENTLEY
3753 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
Telephone:    (702) 954-8301
Facsimile:    (213) 312-2001

ALLAN E. ANDERSON (*pro hac vice*)
allan.anderson@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile:  213.629.7401

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KORTNEY OLSON,<br><br>           Plaintiff,<br><br>v.<br><br>WALMART STORES INC. AND WONDER NATION,<br><br>           Defendants. | Case No.  2:20-cv-00152-GMN-NJK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**<br><br>Judge: Gloria M. Navarro<br>Magistrate Judge: Nancy J. Koppe |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | |
|---|---|
| Dated: July___, 2020 | **KORTNEY OLSON** |
| [*Signed Stipulation as sent by Plaintiff Kortney Olson on following page*] | |
| | By:_____ |
| | KORTNEY OLSON, Plaintiff |
| Dated: July 9, 2020 | **ROPERS MAJESKI KOHN & BENTLEY PC AND ARENT FOX LLP** |
| | By: /s/ *Allan E. Anderson* |
| | STEPHEN J. ERIGERO (SBN 11562) |
| | TIMOTHY J. LEPORE (SBN 13908) |
| | ALLAN E. ANDERSON |
| | Attorneys for Defendant WALMART INC. |

KORTNEY OLSON,

    Plaintiff,

v.

WALMART STORES INC. AND
WONDER NATION

    Defendants.

Case No.: 2:20-cv-00152-GMN-NJK

JOINT STIPULATION FOR
DISMISSAL PURSUANT TO
F.R.CIV.P. 41 (a)(1)(A)(ii)

Judge: Gloria M. Navarro
Magistrate Judge: Nancy J.
Koppe

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties, each party to bear her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July ___, 2020      KORTNEY OLSON

    By: _____
    KORTNEY OLSON, Plaintiff

Dated: July ___, 2020      ROPERS MAJESKI KOHN &
    BENTLEY PC AND ARENT FOX LLP

    By: _____
    STEPHEN J. ERIGERO (SBN 11562)
    TIMOTHY J. LEPORE (SBN 13908)
    ALLAN E. ANDERSON
    Attorneys for Defendant
    WALMART INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KORTNEY OLSON,<br><br>         Plaintiff,<br><br>v.<br><br>WALMART STORES INC. AND WONDER NATION,<br><br>         Defendants. | Case No.  2:20-cv-00152-GMN-NJK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**<br><br>Complaint served: February 7, 2020<br><br>Judge: Gloria M. Navarro<br>Magistrate Judge: Nancy J. Koppe |

Pursuant to the Joint Stipulation For Dismissal of Plaintiff Kortney Olson and Defendant Walmart Inc., the Court hereby orders that all claims in the above-captioned matter are dismissed in their entirety with prejudice.  Each side shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated this  9  day of July, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court